IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | )   No. CR 1:19-04272-001 WJ |
| | ) |
| vs. | ) |
| | ) |
| KAYLA BAKER, | ) |
| | ) |
| Defendant. | ) |

**ORDER GRANTING DEFENDANT'S UNOPPPOSED**
**MOTION TO MODIFY CONDITIONS OF RELEASE**

**THIS MATTER** is before the Court on Ms. Baker's unopposed motion to modify conditions of release. The Court, having reviewed the motion, noting that the United States and the Probation Office do not oppose the motion, and being otherwise sufficiently advised, finds that the motion is well-taken and shall be GRANTED.

**IT IS THEREFORE ORDERED AS FOLLOWS:**

Ms. Baker will no longer be required to have a third-party custodian and be allowed to live at a residence of her own approved by her pretrial supervising Officer with the United States Probation Office.   All other conditions of release previously imposed in this case shall remain in full force and effect.

**IT IS SO ORDERED.**

_Kirtan Khalsa_
KIRTAN KHALSA
UNITED STATES MAGISTRATE JUDGE