IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

      Plaintiff,

v.                                            No.   CR 1:19-04272-001 WJ

KAYLA BAKER,

      Defendant.

### ORDER FOR RESTITUTION

**THIS MATTER** came before the Court following sentencing. The Court having been informed that the parties have reached a stipulated agreement as to restitution, and the Court having found that good cause exists to order restitution consistent with the parties' agreement, orders restitution as follows:

**IT IS HEREBY ORDERED** that Ms. Baker shall pay restitution as follows:

1. Ms. Baker shall pay restitution in the amount of $2,650 to the New Mexico Crime Victims Reparations Commission

2. Ms. Baker shall pay restitution in the amount of $336.47 to G.H.

                                      HONORABLE WILLIAM P. JOHNSON
                                      Chief Judge, United States District Court

Submitted by:
Aric G. Elsenheimer, AFPD

Approved by:
Nicholas Marshall, AUSA